FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____Central_____ DIVISION

CASE NO. 4:22-cv-00469-DPM-ERE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 20 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Jury Trial: ☐ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: _[signature]_
ADC # 69490

Address: 701 Main Ave, Earle, Ark. 72331

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Lenard Hogg Sr.

Position: Sheriff

Place of employment: _____

Address: Lincoln County Sheriff Dept. 30270 Hwy 11 S Star City A 7/167

Name of defendant: _____

Position: _____

-4-   This case assigned to District Judge Marshall
      and to Magstrate Judge Ervin

-5-

      Place of employment: _____

      Address: _____

      Name of defendant: _____

      Position: _____

      Place of employment: _____

      Address: _____

      Name of defendant: _____

      Position: _____

      Place of employment: _____

      Address: _____

II.    Are you suing the defendants in:

      ☐    official capacity only
      ☐    personal capacity only
      ☒    both official and personal capacity

III.   Previous lawsuits

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

         Yes ___   No ✓___

    B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        ☐    Parties to the previous lawsuit:

           Plaintiffs: _____

           _____

           Defendants: _____

           _____

☐   Court (if federal court, name the district; if state court, name the county): _____

☐   Docket Number: _____

☐   Name of judge to whom case was assigned: _____

☐   Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐   Approximate date of filing lawsuit: _____

☐   Approximate date of disposition: _____

IV.   Place of present confinement: _____
_____

V.   At the time of the alleged incident(s), were you:
(check appropriate blank)

   __✓__ in jail and still awaiting trial on pending criminal charges

   _____ serving a sentence as a result of a judgment of conviction

   _____ in jail for other reasons (e.g., alleged probation violation, etc.)
        explain: _____
        _____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

   A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

        Yes _____   No __✓__

   B.   Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓   No ___

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I Lovell Davis, Writing on behalf of my Health Condiction, I'm presently incarated in Lincoln County Jail. The doctors has dinwise me with and Hearth Condiction, my Hearth Beat Faster then Normal, plus I have been dinoi having Diabded Debuta. On 5/4/22 I made an Requet to the Jailer to have the Ambulance and I julae denied the Service to due to Sheiff Lenard Hogg, Shariff Hogg denied to form going to the Hospital to get check out.

_____

_____

_____

_____

VIII. Relief

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments. Cite no cases or statutes.

I Would to get paid for pain & suffering, and like of medicail Care, and Mental anguish.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 17 day of MAY, 20 22.

*[signature]*
Signature(s) of plaintiff(s)

-8-

Lowell Davis
30270 Hwy 11 South
Star City Ar, 71667

Clerk of
600 west Capitol Ave Room A149
Little Rock Ark, 72201

LITTLE ROCK AR 720 NEOPOST
18 MAY 2022PM 3 L   05/18/2022
US POSTAGE $000.73⁰


ZIP 71667
041M11292375

**MAIL ORIGINATED FROM CORRECTIONAL FACILITY**

72201-339919