## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**LOWELL DAVIS**                                                    **PLAINTIFF**

v.                                    **No. 4:22-cv-469-DPM**

**LEONARD HOGGS,**
**Sheriff, Lincoln County**
**Sheriff Department**                                             **DEFENDANT**

### ORDER

1.    The Court withdraws the reference.

2.    Davis hasn't filed a free-world *in forma pauperis* application or his discovery responses and the time to do so has passed. *Doc. 17.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_12 April 2023_