IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LOWELL DAVIS                                                                                           PLAINTIFF

v.                                   No: 4:22-cv-469-DPM

LEONARD HOGGS,
Sheriff, Lincoln County
Sheriff Department                                                                                     DEFENDANT

## JUDGMENT

Davis's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

12 April 2023